UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRUCE HICKMAN, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-2016-PMP-VCF |
| ) | |
| vs. ) | |
| ) | |
| KM INDUSTRIAL, INC., etc., *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on a Request to Move the Early Neutral Evaluation Set for April 23, 2012, pursuant to the Court's Order, Docket No. 10. (#15).

The Court having reviewed the Request (#15), the Opposition (#18), the Reply (#20) and the Declaration (#21) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Request to Move the Early Neutral Evaluation Set for April 23, 2012, pursuant to the Court's Order, Docket No. 10. (#15) is **DENIED.** The ENE scheduled for April 23, 2012, shall proceed as scheduled.

IT IS FURTHER ORDERED that Defendant shall forthwith deliver their ENE statement to the Court.

DATED this   19th   day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge