UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BRUCE HICKMAN, | ) | |
| Plaintiff, | ) | 2:11-cv-2016-PMP-VCF |
| vs. | ) | |
| KM INDUSTRIAL, INC., etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a Request for an Order Allowing For the Carrier to Appear Telephonically for the Early Neutral Evaluation (#26).

The Court having reviewed the Request (#26) finds that filing the request 2 ½ hours prior to the scheduled Early Neutral Evaluation for an insurance carrier to appear telephonically is not appropriate. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Request for an Order Allowing For the Carrier to Appear Telephonically for the Early Neutral Evaluation (#26) is **DENIED**.

DATED this   24th   day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge