PARKER | SCHEER LAGOMARSINO
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| BRUCE HICKMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KM INDUSTRIAL, INC., a Delaware corporation; K2 INDUSTRIAL SERVICES, INC., a Delaware Corporation; DOE individuals I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:11-cv-02016-PMP-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, KM INDUSTRIAL, INC., through its attorney, JOSEPH P. GARIN, ESQ. and DANIELLE A. KOLKOSKI, ESQ. of the law firm of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., and Plaintiff, BRUCE HICKMAN, by and through his attorney, ANDRE M. LAGOMARSINO, ESQ. of the law firm of PARKER SCHEER LAGOMARSINO, that the above-entitled matter be dismissed with prejudice as to all Defendants, with each of the parties to pay their own costs incurred therein.

Dated this 4th day of February, 2013.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C

/s/ Danielle A. Kolkoski

JOSEPH P. GARIN, ESQ. (#6653)
DANIELLE A. KOLKOSKI, ESQ. (#8506)
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
Facsimile: (702) 382-1512
*Attorneys for Defendants*

Dated this 31st day of January, 2013.

PARKER | SCHEER LAGOMARSINO

/s/ Andre M. Lagomarsino

ANDRE M. LAGOMARSINO, ESQ. (#6711)
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Facsimile: (702) 383-0065
*Attorney for Plaintiff*

2:11-cv-2016-PMP-CVF
Hickman vs. KM Industrial, Inc.

### ORDER

IT IS HEREBY ORDERED that the matter is dismissed with prejudice as to all Defendants, with each of the parties to pay their own costs incurred therein.

IT IS SO ORDERED.

DATED this _ 8th day of February, 2013.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Respectfully submitted:

**PARKER | SCHEER LAGOMARSINO**

_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Facsimile: (702) 383-0065
*Attorney for Plaintiff*